No. 68178.—Hewlett Packard Co. and W. C. Anger & Co. et al. *v.* United States, protests 62/15778, etc. (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of meters, ammeters, testers, and multitesters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.

No. 68179.—A. H. Gutbrod Co. *v.* United States, protest 62/13890 (New York).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the merchandise described on the invoice as:

| | | |
|---|---|---|
| Pruning Shears | 118/19cm | |
| Pruning Shears | 137/17cm | |
| dto. | 124/23cm AF | |
| Pruning Shear | 242 new model | sample |

consists of pruning shears, valued over $1.75 per dozen, the claim of the plaintiff was sustained.